Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

|  |  |
|---|---|
| *Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) Case No. 370<br>) *(to be filled in by the Clerk's Office)*<br>)<br>) Jury Trial: *(check one)* ☐ Yes ☒ No<br>)<br>) Bench Trial<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Maxo Andus (PRO SE)
   Street Address:
   City and County: 4346 Washington St #2
   State and Zip Code: Roslindale, MA 02131
   Telephone Number: (617) 502-0484
   E-mail Address: N/A

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
- Name: ACLU of Massachusetts American Civil Liberty Union
- Job or Title (if known):
- Street Address: 211 Congress St
- City and County: Boston,
- State and Zip Code: MA 02110
- Telephone Number: (617) 482-3170
- E-mail Address (if known): N/A

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

American Civil Liberty Union

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Maxo Anilus, is a citizen of the State of *(name)* Massachusetts.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b. If the defendant is a corporation

The defendant, *(name)* __ACLU__, is incorporated under the laws of the State of *(name)* __Massachusetts__, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

__is a medical malpractices and litigations cases__

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

__Blind from one of my eye by medical malpractive__

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

__I want the documents to Subpoena from the defendant to the court, to be review by a Judge, from there the decission will be made__

Pro Se 1 (Rev 09/16) Complaint for a Civil Case

*I ask the defendant to pay $ 1,000.616.500 (1 billion 616.500) base what in the documents*

*for the collateral damages I have been Suffering*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *July 19 2017*

Signature of Plaintiff
Printed Name of Plaintiff *Mako Aneles (Pro Se)*

### B. For Attorneys

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____

ACLU Massachusetts

211 congress St

Boston, MA 02110

Maxo Anilus

4346 Washington St #2

Roslindale, MA  02131

Tele: (617) 502-0484

July 17,  2017

## Statement of Claim

1: Between 1994, to 1996, I used to work at Legal Seafood in Boston co- workers used to call me N...words by discriminated me, cause I was broke down and taking to the emergency, I believed around that time they started making movies about me.

2: between 1996, to 2001, I used to work at Heritage on the Garden in Boston people used to come at that place taking my picture, when I complaint to my supervisor about it, he told me people just taking picture of the building, but later they come up with movie Resident Evil.

3: In 2000's, Toyota Dealer take my image used it to promote his business without my consent.

4: Paralyze my daughter's vocal code by negligent year 2000's at Boston Medical center.

5: I, Maxo Anilus, blind from one of my eye, by medical malpractice year 2000's at BMC.

6: An argument broke out at BMC between me in one of the Doctor at that place year 2000's for discrimination matter, I can give more explanation about it, if ask by the court.

7: Lost my unborn child by negligent at BMC, I believed it was year 2002, or 2003.

8: This is what leaded the medical malpractices, and tried to get rid of me, because I used to go there for medical treatments, right after the argument, they made that movie about me, John Q.

9: Year 2000's denied me medical treatments at the Boston Hospitals and elsewhere, because of derogatory statement they put on my medical record.

10: 2004, American Airline delayed the airplane for nearly one hour pretend the airline had mechanical problem, however there were shouting movie about me and called it snake in the plane.

11: ACLU took my case in 2008, continue with the same abuses and his allies Mark Hamilton, asked me to go to Cancun Mexico told me this is where the case would be settled, and that was a lied, it was year 2009.

12: At two occasions Mark Hamilton make me took times from work and never gave me a dimes happened year 2000's.

13: Destroyed my finances, cause financial hardship make me lost my house year 2000's.

14: ACLU blocked me from having other lawyers to represent me, held my case hostage, refuse to settle my case, when I asked for my documents they refused to comply, year 2000's.

15: Damaging my personal life, cause psychological abuses by their misconducts.

16: I ask ACLU to pay medical expenses in the past, $ 5,000.

Lost wages in the past, $ 1,500.

Lost Property because of the misconducts, $ 300,000

Future medical expenses $300,000

Used my own money for Cancun Mexico trip, $ 10,000.

Total: $ 616,500 plus $ 1,000.000.000 for punitive damages

Subtotal: $ 1,000.616.500.

17: My case is a multibillion dollars cases involved movies and all of the rest, ACLU used his tricks to see, if they can get away with my case, I believe their actions is a criminal act.

                    Documentary         Maxo Anilus
                                                                       3-13-08

Resident Evil:
Played: by Milla Jovovich
About: Resident Evil (They don't like me in my job)
Producer: Jeffrey Schwarz
 300 Boylston Street Boston Mass 02116
 You called it APOCALYPSE, then the APOCALYPSE is REVEALED today.

Bee movie
Played by: Jerry Seinfeld and Renee Zellweger
About: Bee Movie (Last place I want to be on the job forever. That is a place I should not be.)
Producer: Christina Steinberg.

John Q:
Played: by Denzel Washington
About: John Q (Agreement I had with the Doctors about my child that was hospitalized at BMC.
Producer: Mark burg, Oren Koules
You do everything you can to saved my DAUGHTER, I thank you again, but you ended my fetus son life.
I want you to lifting the Sanction you put on my Medical record regarding my eyes.
 You say I have Glaucoma it's a lie, I would keep coming for your own Science Study

American Gangster:
Played: by Denzel Washington and Russell Crowe
About: American Gangster (My marriage, which did by Pastor Michelle Louis and his Wife.)
Producer: Brian Grazner

Snakes on a Plane:
Played by: Samuel Jackson
About: Snake on a plane (My Mother and I on 2004 we boarded in American Airline for a flight to Haiti.)
Producer: Carry Levinsohn

Cinderella Story:
Played by: Hilary Duff and Chad Michael Murray
About: The sisterhood of the traveling pants 1. (A monster daddy and his beautiful daughter needs to claim what been waiting for them.) 2. (A groups of child reading books together.)
Producer: Clifford Werber

The Pursuit of Happyness:
Played by: Will Smith

About: The pursuit of happiness. (Spiderman need to put his wife first in term to love her and change his life with money.)
Producer: Todd Black Jason Blumenthal James Lassiter.

National Treasure
Played by: Nicolas Cage
About: "National Treasure in the Boston area."
Producer: Jerry Bruckheimer

### Additional Movies

| | | |
|---|---|---|
| Pirates of the Caribbean | Terminator | Hair- Spray |
| NORBIT | Dare- Devil | Happy- feet |
| No Country For Old Men | Die- hard | |
| Shrek: 1,2,3 | Deep- Impact | |
| Training Day | Mr- man | |
| Ocean's 11,12,13 | Iron- man | |
| Changing Lane | Good- will hunting | |
| The Brave Ones | Borne- Identity | |
| The Invasion | Borne- Supremacy | |
| Casino ROYALE | Borne- Altimatum | |
| Bob The Builder | Borat | |
| Harry Potter | Family- Guy | |
| Sundance | Tomorrow- Never Die | |

For all I have been through, violated my right including my family that cause Pain, Anger, Depression, Confusion, Stroke, Heart-attack, Suicidal-Thought, Stress. Your moment is going to be end soon or later. Toyota Dealer, Today is a day for me to bring class action lawsuit to you for used my image to promoted your Business. Today is a day for the Business corporations get together and talk to me. Today is my term. Thank you so very much for your support book of Revelation and PSALM 13.

Truly: Maxo Anilus
Thank you GOD BLESS.